# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **78 First Street, LLC** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **20-3984102** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **6114 La Salle Ave. #471** <br> **Oakland, CA** | |
| ZIP Code **94611** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Alameda** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **62 First Street, Fourth Floor** <br> **San Francisco, CA** | |
| ZIP Code **94105** | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **78 First Street, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(4/10) | Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **78 First Street, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Iain A. Macdonald**<br>Signature of Attorney for Debtor(s)<br><br>**Iain A. Macdonald 051073**<br>Printed Name of Attorney for Debtor(s)<br><br>**Macdonald & Associates**<br>Firm Name<br><br>**221 Sansome St.**<br>**San Francisco, CA 94104**<br>Address<br><br>**(415) 362-0449  Fax: (415) 394-5544**<br>Telephone Number<br><br>**September 23, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Graham Seel**<br>Signature of Authorized Individual<br><br>**Graham Seel**<br>Printed Name of Authorized Individual<br><br>**SVP, CMR Capital, LLC (Manager)**<br>Title of Authorized Individual<br><br>**September 23, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re     **78 First Street, LLC**                                                          ,     Case No. _____
                                         Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **First Street Holdings NV, LLC**<br>**Northern District of California, Oakland Division** | **11-49300-RLE-11**<br>**Affiliate** | **08/30/11**<br>**Efremsky** |
| **Lydian SF Holdings, LLC**<br>**Northern District of California, Oakland Division** | **11-49301-EDJ-11**<br>**Affiliate** | **08/30/11**<br>**Jellen** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re: **78 First Street, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABCO Mechanical**<br>475 Barneveld Avenue<br>San Francisco, CA 94124 | **ABCO Mechanical**<br>475 Barneveld Avenue<br>San Francisco, CA 94124<br>415-648-7135 | **HVAC Maintenance** | | 763.08 |
| **Armada Security**<br>701 Pennsylvania Avenue #108<br>San Francisco, CA 94107 | **Vladamir Butenko**<br>Armada Security<br>701 Pennsylvania Avenue #108<br>San Francisco, CA 94107<br>415-647-8500 | **Patrol Service** | | 498.00 |
| **AT&T**<br>P.O. Box 5025<br>Carol Stream, IL 60197 | **AT&T**<br>P.O. Box 5025<br>Carol Stream, IL 60197<br>800-891-1800 | **Telephone Services** | | 121.68 |
| **Bank of America, NA**<br>PO Box 15710<br>Wilmington, DE 19886 | **Carlos Aguilar**<br>Bank of America, NA<br>PO Box 15710<br>Wilmington, DE 19886<br>415-344-4565 | **Bank Fees** | | 4,759.84 |
| **Charles Dunn Real Estate Services**<br>555 Montgomery St., Suite 816<br>San Francisco, CA 94111 | **Don Whitehead**<br>Charles Dunn Real Estate Services<br>555 Montgomery St., Suite 816<br>San Francisco, CA 94111<br>415-951-0300 | **Management Fee ($1,531.54) Termination Fee ($1,531.54)** | | 3,063.08 |
| **CleanSource**<br>650 Brennan St.<br>San Jose, CA 95131 | **CleanSource**<br>650 Brennan St.<br>San Jose, CA 95131<br>408-436-1907 | **Janitorial Supplies** | | 84.64 |
| **Lewis & Taylor LLC**<br>440 Bryant St.<br>San Francisco, CA 94107 | **Lewis & Taylor LLC**<br>440 Bryant St.<br>San Francisco, CA 94107<br>415-781-3496 | **Exterior Window Cleaning** | | 600.00 |
| **Pacific Gass and Electric Co.**<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | **Pacific Gass and Electric Co.**<br>P.O. Box 997300<br>Sacramento, CA 95899-7300<br>800-468-4743 | **Utilities** | | 1,817.76 |

B4 (Official Form 4) (12/07) - Cont.

In re  **78 First Street, LLC**  
　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Recology Golden Gate<br>P.O. Box 60846<br>Los Angeles, CA 90060 | Recology Golden Gate<br>P.O. Box 60846<br>Los Angeles, CA 90060<br>415-626-4000 | Waste Removal | | 1,269.17 |
| Star Elevator<br>1300 Industrial Road, #4<br>San Carlos, CA 94070 | Star Elevator<br>1300 Industrial Road, #4<br>650-631-3999 | Elevator Servicing | | 381.62 |
| The CAC Group, Inc.<br>255 California Street #200<br>San Francisco, CA 94111 | Richard A. Johnson<br>The CAC Group, Inc.<br>255 California Street #200<br>San Francisco, CA 94111<br>415-291-8880 | Lease Commission | | 43,341.75 |
| The Garza Company<br>1842 Bandoni Avenue<br>San Lorenzo, CA 94580 | Manuel Garza<br>The Garza Company<br>1842 Bandoni Avenue<br>San Lorenzo, CA 94580<br>510-763-9500 | Tenant Improvements and Repairs | | 3,693.28 |
| Warman Security<br>1720 Sacramento St.<br>San Francisco, CA 94109 | Warman Security<br>1720 Sacramento St.<br>415-775-8513 | Intercom | | 125.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re  **78 First Street, LLC**                                                                                Case No. _____

                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the SVP, CMR Capital, LLC (Manager) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 23, 2011**                                       Signature  **/s/ Graham Seel**
                                                                                          **Graham Seel**
                                                                                          **SVP, CMR Capital, LLC (Manager)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                  18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **78 First Street, LLC**                                        Case No.
                                            Debtor(s)                  Chapter    **11**

## CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  **September 23, 2011**                    **/s/ Iain A. Macdonald**
                                                 Signature of Attorney
                                                 **Iain A. Macdonald 051073**
                                                 **Macdonald & Associates**
                                                 **221 Sansome St.**
                                                 **San Francisco, CA 94104**
                                                 **(415) 362-0449   Fax: (415) 394-5544**

ABCO Mechanical
475 Barneveld Avenue
San Francisco, CA 94124


Armada Security
701 Pennsylvania Avenue #108
San Francisco, CA 94107


AT&T
P.O. Box 5025
Carol Stream, IL 60197


Bank of America, NA
PO Box 15710
Wilmington, DE 19886


Charles Dunn Real Estate Services
555 Montgomery St., Suite 816
San Francisco, CA 94111


CleanSource
650 Brennan St.
San Jose, CA 95131


Lewis & Taylor LLC
440 Bryant St.
San Francisco, CA 94107


MS Mission Holdings, LLC
555 California Street
San Francisco, CA 94104

MS Mission Holdings, LLC
c/o Lincoln Property Company
Commercial, Inc.
601 California Street, 4th Floor
San Francisco, CA 94108


Pacific Gass and Electric Co.
P.O. Box 997300
Sacramento, CA 95899-7300


Recology Golden Gate
P.O. Box 60846
Los Angeles, CA 90060


Star Elevator
1300 Industrial Road, #4
San Carlos, CA 94070


The CAC Group, Inc.
255 California Street #200
San Francisco, CA 94111


The Garza Company
1842 Bandoni Avenue
San Lorenzo, CA 94580


Warman Security
1720 Sacramento St.
San Francisco, CA 94109