# United States Bankruptcy Court
## Northern District of California

In re    __78 First Street, LLC_____,  
                         Debtor

Case No. __11-70224 RLE 11_____

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 8,205,080.00 | | |
| B - Personal Property | Yes | 3 | 302,943.41 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 22,335,068.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 942,406.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 8,508,023.41 | | |
| Total Liabilities | | | | 23,277,474.83 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **78 First Street, LLC**                       ,      Case No.    **11-70224 RLE 11**

                                  Debtor            Chapter                   **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

.

In re   **78 First Street, LLC**                       ,      Case No.   **11-70224 RLE 11**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2,700 Sq. Ft. Land with 15,832 Sq. Ft. Commercial Building**<br>**78 First Street**<br>**San Francisco, CA 94105** | **Fee Simple** | - | 8,205,080.00 | 22,335,068.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **8,205,080.00** | (Total of this page) |
| Total > | **8,205,080.00** |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re  **78 First Street, LLC** ,                    Case No. **11-70224 RLE 11**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Property Management Account Account No. xxxxx-x5833 Bank of America PO Box 15710 Wilmington, DE 19886** | - | 6,475.81 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **6,475.81**
(Total of this page)

_2_ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **78 First Street, LLC**                                    ,   Case No.   **11-70224 RLE 11**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Advances Peninsula Towers, LLC 62 First Street San Francisco, CA 94105** | - | 296,467.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        296,467.60
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **78 First Street, LLC**                            ,       Case No.  **11-70224 RLE 11**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**

(Total of this page)

Total >    **302,943.41**

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re      **78 First Street, LLC**                                    ,                    Case No.    **11-70224 RLE 11**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **1/30/06 Liens against assets held by: 78 First Street, LLC ($8,206,027); 88 First Street, LLC ($10,029,588); First/Jessie, LLC ($54,706,845); Sixty-Two First Street, LLC ($35,915,044); 518 Mission, LLC ($47,172,497); JP Capital, LLC ($8,970,000); and Peninsula Towers, LLC ($50,000).** | | | | | |
| **MS Mission Holdings, LLC 555 California Street San Francisco, CA 94104** | X | - | | | | X | | |
| | | | Value $                 165,050,001.00 | | | | 22,335,068.00 | 0.00 |
| Account No. | | | **[For Notice Purposes Only]** | | | | | |
| **MS Mission Holdings, LLC c/o Lincoln Property Company Commercial, Inc. 601 California Street, 4th Floor San Francisco, CA 94108** | | - | | | | | | |
| | | | Value $                              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal (Total of this page) | 22,335,068.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 22,335,068.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

.

In re    **78 First Street, LLC**                                   ,     Case No.    **11-70224 RLE 11**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

0    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re    **78 First Street, LLC**                       ,     Case No.   **11-70224 RLE 11**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/2011 | | | | |
| **ABCO Mechanical** **475 Barneveld Avenue** **San Francisco, CA 94124** | - | | HVAC Maintenance | | | | 763.08 |
| Account No. | | | Consulting | | | | |
| **AECOM** **2020 L. Street, Suite 300** **Sacramento, CA 95811** | | | | | | | 2,366.67 |
| Account No. | | | 8/2011 - 9/2011 | | | | |
| **Armada Security** **701 Pennsylvania Avenue #108** **San Francisco, CA 94107** | - | | Patrol Service | | | | 498.00 |
| Account No. | | | Accounting | | | | |
| **Armanino and McKenna** **12667 Alcosta Boulevard** **Suite 500** **San Ramon, CA 94583** | - | | | | | | 1,314.82 |
|   **7**   continuation sheets attached | | | Subtotal (Total of this page) | | | | 4,942.57 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      S/N:32168-110729    Best Case Bankruptcy

In re    **78 First Street, LLC**                                                    ,     Case No.    **11-70224 RLE 11**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 9/2011 Telephone Services | | | | |
| AT&T P.O. Box 5025 Carol Stream, IL 60197 | - | | | | | | | 121.68 |
| Account No. | | | | 11/2010, 10/2010 & 8/2011 Bank Fees | | | | |
| Bank of America, NA PO Box 15710 Wilmington, DE 19886 | - | | | | | | | 4,759.84 |
| Account No. | | | | Consulting | | | | |
| Barbary Coast Consulting 660 Market Street, 5th Floor San Francisco, CA 94104 | - | | | | | | | 2,524.45 |
| Account No. | | | | Consulting | | | | |
| Breakwater Equity Group 4241 Jutland Drive, Suite 308 San Diego, CA 92117 | - | | | | | | | 38,392.61 |
| Account No. | | | | Real Estate Broker | | | | |
| CB Richard Ellis 101 California Street, 44th Floor San Francisco, CA 94111 | - | | | | | | | 469.07 |

Sheet no. __1__ of __7__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                    **46,267.65**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **78 First Street, LLC**                                      ,    Case No.    **11-70224 RLE 11**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles Dunn Real Estate Services**<br>**555 Montgomery  St., Suite 816**<br>**San Francisco, CA 94111** | - | | **9/2011**<br>**Management Fee ($1,531.54)**<br>**Termination Fee ($1,531.54)** | | | | 3,063.08 |
| Account No.<br><br>**City of San Francisco**<br>**PO Box 7427**<br>**San Francisco, CA 94120-7427** | - | | **Fees** | | | | 3,208.15 |
| Account No.<br><br>**CleanSource**<br>**650 Brennan St.**<br>**San Jose, CA 95131** | - | | **9/2011**<br>**Janitorial Supplies** | | | | 84.64 |
| Account No.<br><br>**CMR Asset Management, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94105** | - | | **Intercompany Advances** | | | | 60.00 |
| Account No.<br><br>**CT Corp**<br>**1350 Treat Blvd.**<br>**Walnut Creek, CA 94597** | - | | **Agent for Service of Process** | | | | 42.23 |

Sheet no. __2___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,458.10**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **78 First Street, LLC**                                                ,    Case No.    **11-70224 RLE 11**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Real Estate Broker | | | | |
| **Eastdil Secured Broker Services, Inc.** **40 West, 57th Street** **New York, NY 10019** | - | | | | | | | 1,254.12 |
| Account No. | | | | Consulting | | | | |
| **ESA** **225 Bush Street, Suite 1700** **San Francisco, CA 94104** | - | | | | | | | 5,259.26 |
| Account No. | | | | Intercompany Advances | | | | |
| **First Street Holdings NV, LLC** **6114 La Salle Ave., #471** **Oakland, CA 94611** | - | | | | | | | 4,759.84 |
| Account No. | | | | Consulting | | | | |
| **Heller Manus Architects** **221 Main Street, Suite 940** **San Francisco, CA 94105-1923** | - | | | | | | | 1,840.74 |
| Account No. | | | | Consulting | | | | |
| **Law Offices of Willie J. Brown, Jr.** **100 The Embarcadero Penthouse** **San Francisco, CA 94105** | - | | | | | | | 39,444.47 |

Sheet no. __3___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,558.43**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re   **78 First Street, LLC**                                                          ,   Case No.   **11-70224 RLE 11**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Exterior Window Cleaning | | | | |
| Lewis & Taylor LLC 440 Bryant St. San Francisco, CA 94107 | - | | | | | | 600.00 |
| Account No. | | | Legal Fees | | | | |
| Orrick, Herrington & Sutcliffe LLP Dept. 34461, PO Box 39000 San Francisco, CA 94139 | - | | | | | | 4,379.86 |
| Account No. | | | 8/2011 - 9/2011 Utilities | | | | |
| Pacific Gas and Electric Co. P.O. Box 997300 Sacramento, CA 95899-7300 | - | | | | | | 1,817.76 |
| Account No. | | | Consulting | | | | |
| Page and Turnbull 724 Pine Street San Francisco, CA 94108 | - | | | | | | 683.70 |
| Account No. | | | Interest on Loan Allocation | | | | |
| Peninsula Towers, LLC 62 First Street, 4th Floor San Francisco, CA 94105 | - | | | | | | 738,477.00 |

Sheet no.  **4**  of  **7**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **745,958.32**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re    **78 First Street, LLC** _____,    Case No.    **11-70224 RLE 11** _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Consulting | | | | |
| **RDWI** **650 Woodlawn Road West** **Guelph** **Ontario, Canada  N1K 1B8** | - | | | | | | | **1,051.85** |
| Account No. | | | | 8/2011 - 9/2011 Waste Removal | | | | |
| **Recology Golden Gate** **P.O. Box 60846** **Los Angeles, CA 90060** | - | | | | | | | **1,269.17** |
| Account No. | | | | Legal Fees | | | | |
| **Reuben & Junius, LLP** **1 Bush Street, Suite 600** **San Francisco, CA 94104** | - | | | | | | | **14,420.84** |
| Account No. | | | | Consulting | | | | |
| **Rosen Consulting** **1955 University Avenue** **Suite 550** **Berkeley, CA 94704** | - | | | | | | | **4,382.70** |
| Account No. | | | | Intercompany Advances | | | | |
| **Sixty-Two First Street, LLC** **62 First Street, 4th Floor** **San Francisco, CA 94105** | - | | | | | | | **12,231.75** |

Sheet no. __5___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,356.31**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **78 First Street, LLC**
_____,    Case No. ___**11-70224 RLE 11**___
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Solit Interest Group**<br>**15 La Cuesta Road**<br>**Orinda, CA 94563** | - | | **Architecture** | | | | **2,629.63** |
| Account No.<br><br>**Star Elevator**<br>**1300 Industrial Road, #4**<br>**San Carlos, CA 94070** | - | | **9/2011**<br>**Elevator Service** | | | | **381.62** |
| Account No.<br><br>**Stein & Lubin, LLP**<br>**600 Montgomery St., 14th Floor**<br>**San Francisco, CA 94111** | - | | **Legal Fees** | | | | **2,168.24** |
| Account No.<br><br>**The CAC Group, Inc.**<br>**255 California Street #200**<br>**San Francisco, CA 94111** | - | | **6/2011**<br>**Lease Commission** | | | | **43,341.75** |
| Account No.<br><br>**The Garza Company**<br>**1842 Bandoni Avenue**<br>**San Lorenzo, CA 94580** | - | | **6/2011 & 8/2011**<br>**Tenant Improvements and Repairs** | | | | **3,693.28** |

Sheet no. _**6**_ of _**7**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **52,214.52**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **78 First Street, LLC** _____ ,  Case No. __**11-70224 RLE 11**__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Treadwell and Rollo<br>555 Montgomery Street<br>Suite 1300<br>San Francisco, CA 94111** | - | | | **Consulting** | | | | **525.93** |
| Account No.<br><br>**Warman Security<br>1720 Sacramento St.<br>San Francisco, CA 94109** | - | | | **9/2011<br>Intercom** | | | | **125.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**7**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **650.93** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **942,406.83** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

.

In re    **78 First Street, LLC**               ,        Case No.   **11-70224 RLE 11**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Charles Dunn Real Estate Services**<br>**555 Montgomery  St., Suite 816**<br>**San Francisco, CA 94111** | **Property Management Agreement** |
| **See Attached Rent Roll** | **Commercial and Retail Tenant Leases** |

**0**
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

First/Jessie, LLC
Case No. 11-70231 RLE 11

# ATTACHMENT
# SCHEDULE G

## Rent Roll

## Rent Roll Report
### 3220 - 78 First Street LLC
### As of August 2011

| Unit No. | Tenant Code | Tenant Name | Square Feet: Rentable Usable | Term: Beginning End | Monthly Billing Type | Amount | PSF | Future Rents Date | Code | Amount | Security Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **78 First Street LLC (3220)** | | | | | | | | | | | |
| 2NDFL | t0030608 | SneakPeeq, Inc | 2,090 | 07/05/2011 | Basic Rent - Office | 5,399.17 | 2.58 | 07/05/2012 | 1rofc | 5,573.33 | 16,197.50 |
| | | | 2,090 | 07/04/2014 | | | | 07/05/2013 | 1rofc | 5,747.50 | |
| 3RDFLR,4 THFLR | t0027652 | TriplePoint PR, LLC | 4,255 | 08/01/2009 | Basic Rent - Office | 5,480.00 | 1.29 | | | | 5,318.75 |
| | | | 4,255 | 07/31/2012 | | | | | | | |
| 5THFLR | t0030554 | Mojiva, Inc. | 2,133 | 06/13/2011 | Basic Rent - Office | 6,043.50 | 2.83 | 06/13/2012 | 1rofc | 6,221.25 | 18,130.50 |
| | | | 2,133 | 06/12/2014 | | | | 06/13/2013 | 1rofc | 6,399.00 | |
| 6THFLR | t0030555 | Learn Capital Management II LLC | 2,198 | 06/09/2011 | Basic Rent - Office | 6,410.83 | 2.92 | 06/09/2012 | 1rofc | 6,594.00 | 19,232.50 |
| | | | 2,198 | 06/08/2014 | | | | 06/09/2013 | 1rofc | 6,777.17 | |
| BASEMEN T | | VACANT | 2,352 | | | | | | | | 0.00 |
| | | | 2,352 | | | | | | | | |
| GROUND | | VACANT | 2,804 | | | | | | | | 0.00 |
| | | | 2,804 | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | | Total - Rentable | 15,832 | | Billing Summary | | 58,879.25 |
| | | Total - Usable | 15,832 | | | | |
| | | | | | Rent | 23,333.50 | |
| | | | | | Total | 23,333.50 | |
| 5 | | Occupied | 10,676 | | | | |
| 71.43% | | % Occupied | 67.43 % | | | | |
| 2 | | Vacant | 5,156 | | | | |
| 28.57% | | % Vacant | 32.57 % | | | | |

Case: 11-70224    Doc# 23    Filed: 10/21/11    Entered: 10/21/11 17:51:07    Page 19 of 46

In re   **78 First Street, LLC**      ,     Case No.   **11-70224 RLE 11**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **518 Mission Street, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **88 First Street, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **First Street Holdings NV, LLC**<br>**6114 La Salle Ave., #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **First/Jessie, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **JP Capital, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **Lydian SF Holdings, LLC**<br>**6114 La Salle Ave., #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **Peninsula Towers, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |
| **Sixty-Two First Street, LLC**<br>**6114 La Salle Avenue, #471**<br>**Oakland, CA 94611** | **MS Mission Holdings, LLC**<br>**555 California Street**<br>**San Francisco, CA 94104** |

# United States Bankruptcy Court
## Northern District of California

In re    **78 First Street, LLC**                                    Case No.    **11-70224 RLE 11**
                              Debtor(s)                 Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Co-Manager of CMR Capital, LLC, Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 21, 2011**                     Signature    **/s/ Graham Seel**

                                                              **Graham Seel**
                                                              **Co-Manager of CMR Capital, LLC, Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **78 First Street, LLC**                                                    Case No.    **11-70224 RLE 11**

                                        Debtor(s)                        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $164,922.00 | January 1, 2011 - September 2011  Rental Income |
| $222,772.00 | January 1, 2010 - December 31, 2010  Rental Income |
| $262,910.00 | January 1, 2009 - December 31, 2009  Rental Income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHMENT** | | **$0.00** | **$0.00** |

**None**
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sixty-Two First Street, LLC, et al. v MS Mission Holdings, LLC, et al. Case No. CGC-11-513750** | **Complaint for Injunction, Relief, Disgorgement, Securities Laws and Other Unlawful Business Practices** | **San Francisco Superior Court 400 McAllister Street San Francisco, CA 94103** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

78 First Street, LLC
Case No. 11-70224 RLE 11

# ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS

## 3b Payments to Creditors

# Check Register
## 3220 - 78 First Street LLC
### 06/23/2011 - 09/23/2011

| Ck Number / Ck Date | Vendor Number | Company | Invoice Date | Invoice Number | Remarks | Account | Amount |
|---|---|---|---|---|---|---|---|
| Ck# 1664 07/19/2011 | 103236 | Pacific Gas & Electric | 06/09/2011 | 1562617297-06091 | 05/11-06/09/11 Elec. A/C #1562617297-5 | 61180000 | 294.40 |
| | | | | 1676396986-06091 | 05/11-06/09/11 Elec. A/C #1676396986-8 | 61180000 | 411.32 |
| | | | | 6278755715-06091 | 05/11-06/09/11 Elec. A/C #6278755715-6 | 61180000 | 161.57 |
| | | | | 9313031733-06091 | 05/11-06/09/11 Elec. A/C #9313031733-7 | 61180000 | 292.07 |
| | | | | 9783576001-06091 | 05/11-06/09/11 Elec. A/C #9783576001-4 | 61180000 | 371.64 |
| **Total Ck# 1664** | | | | | | | **1,531.00** |
| Ck# 1665 07/21/2011 | 103227 | AT&T | 06/13/2011 | 4153481322-071211 | 06/13-07/12/11 Intercom A/C #4153481322-93548 | 51370000 | 73.03 |
| | | | 06/04/2011 | 4155127759-070311 | 06/04-07/03/11 Telephone A/C #4155127759-0587 | 51370000 | 51.39 |
| **Total Ck# 1665** | | | | | | | **124.42** |
| Ck# 1666 07/21/2011 | 103817 | SFPUC - Water | 06/01/2011 | 905000000-053111 | 04/01-05/31/11 Water A/C #9050000000 | 61420000 | 450.24 |
| **Total Ck# 1666** | | | | | | | **450.24** |
| Ck# 1667 07/21/2011 | 104474 | UniShippers Association | 07/04/2011 | 1340125487-3220 | A/W #128W5F77-1006750203 | 82700000 | 4.57 |
| | | | 06/27/2011 | 1340364773-3220 | A/W #128W5F77-1006727186 | 82700000 | 4.57 |
| **Total Ck# 1667** | | | | | | | **9.14** |
| Ck# 1668 07/26/2011 | 100859 | Charles Dunn Real Estate Serv, Inc. (MF) | 06/29/2011 | 3220MF0611 | 06/11 Management fee | 64880000 | 1,531.54 |
| **Total Ck# 1668** | | | | | | | **1,531.54** |
| Ck# 1669 07/26/2011 | 100862 | Charles Dunn R.E.S. Inc. Trust Acct | 06/29/2011 | Yardi0611 | 06/11 Monthly access to Yardi | 84750000 | 25.00 |
| **Total Ck# 1669** | | | | | | | **25.00** |
| Ck# 1670 07/26/2011 | 101923 | Recology Golden Gate | 06/23/2011 | 41090515 | 06/2011 Waste Removal | 51540000 | 728.94 |
| **Total Ck# 1670** | | | | | | | **728.94** |
| Ck# 1671 07/26/2011 | 103315 | Complete Security | 06/09/2011 | 131550 | 06/09/11 Re-Key-#600 | 56800000 | 212.95 |
| 08/25/2011 | | | 06/09/2011 | 131550 | 06/09/11 Re-Key-#600 | 56800000 | -212.95 |
| 07/26/2011 | | | 06/20/2011 | 131655 | 06/09/11 Re-key 5th Fl | 56800000 | 293.76 |
| 08/25/2011 | | | 06/20/2011 | 131655 | 06/09/11 Re-key 5th Fl | 56800000 | -293.76 |
| **Total Ck# 1671** | | | | | | | **0.00** |
| Ck# 1672 07/26/2011 | 111564 | Star Elevator, Inc. | 06/01/2011 | 150906 | 06/2011 Elevator Svcs. | 50440000 | 381.62 |

Case: 11-70224   Doc# 23   Filed: 10/21/11   Entered: 10/21/11 17:51:07   Page 25 of 46

# Check Register
## 3220 - 78 First Street LLC
### 06/23/2011 - 09/23/2011

| Ck Number / Ck Date | Vendor Number | Company | Invoice Date | Invoice Number | Remarks | Account | Amount |
|---|---|---|---|---|---|---|---|
| **Total Ck# 1672** | | | | | | | 381.62 |
| **Ck# 1673** 07/26/2011 | 111828 | The Garza Company | 05/31/2011 | N05-365 | 06/01/11 Toilet Repair | 56200000 | 214.50 |
| **Total Ck# 1673** | | | | | | | 214.50 |
| **Ck# 1674** 07/26/2011 | 113034 | Tiffany's Cleaning Services, Inc. | 05/01/2011 | 874 | 08/2011 Janitorial Svc | 50240000 | 2,143.18 |
| **Total Ck# 1674** | | | | | | | 2,143.18 |
| **Ck# 1675** 07/26/2011 | 115997 | First Street Holdings, LLC | 06/29/2011 | 3220BC0511 | 05/11 Bank Charges | 82250000 | 1,558.58 |
| **Total Ck# 1675** | | | | | | | 1,558.58 |
| **Ck# 1676** 07/26/2011 | 189518 | Armada Security | 06/02/2011 | 13194 | 06/2011 Security Patrol | 51340000 | 282.00 |
| **Total Ck# 1676** | | | | | | | 282.00 |
| **Ck# 1677** 08/09/2011 | 10023049 | Caustic Graphics | 07/26/2011 | :Refund | Move out - 05/31/11 | 22150000 | 12,231.75 |
| **Total Ck# 1677** | | | | | | | 12,231.75 |
| **Ck# 1678** 08/25/2011 | 100859 | Charles Dunn Real Estate Serv. Inc. (MF) | 07/29/2011 | 3220MF0711 | 07/11 Management fee | 64880000 | 1,531.54 |
| **Total Ck# 1678** | | | | | | | 1,531.54 |
| **Ck# 1679** 08/25/2011 | 100862 | Charles Dunn R.E.S. Inc. Trust Acct | 07/29/2011 | Yardi0711a | 07/11 Monthly access to Yardi | 84750000 | 25.00 |
| **Total Ck# 1679** | | | | | | | 25.00 |
| **Ck# 1680** 08/25/2011 | 103227 | AT&T | 07/13/2011 | 4153481322-081211 | 07/13-08/12/11 Intercom A/C #4153481322285548 | 51370000 | 73.27 |
| | | | 07/04/2011 | 4151277759-080311 | 07/04-08/03/11 Tel. A/C #415127759587 | 51370000 | 39.27 |
| **Total Ck# 1680** | | | | | | | 112.54 |
| **Ck# 1681** 08/25/2011 | 103236 | Pacific Gas & Electric | 07/08/2011 | 1562617297-5-07081 | 06/10-07/08/11 Elec. A/C #1562617297-5 | 61180000 | 243.01 |
| | | | | 1676396986-8-07081 | 06/10-07/08/11 Elec. A/C #1676396986-8 | 61180000 | 327.04 |
| | | | | 6278757156-07081 | 06/10-07/08/11 Elec. A/C #6278757515-6 | 61180000 | 111.46 |
| | | | | 9313031733-07081 | 06/10-07/08/11 Elec. A/C #9313031733-7 | 61180000 | 284.59 |
| | | | | 9783576001-4-07081 | 06/10-07/08/11 Elec. A/C #9783576001-4 | 61180000 | 348.05 |
| **Total Ck# 1681** | | | | | | | 1,314.15 |

# Check Register
## 3220 - 78 First Street LLC
### 06/23/2011 - 09/23/2011

| Ck Number / Ck Date | Vendor Number | Company | Invoice Date | Invoice Number | Remarks | Account | Amount |
|---|---|---|---|---|---|---|---|
| Ck# 1682 08/25/2011 | 103315 | Complete Security | 07/06/2011 | 131945 | 07/06/11 Rekey 2nd fl | 56800000 | 194.06 |
| | | | 07/06/2011 | 131973 | 07/06/11 Keys 6th fl | 56800000 | 106.76 |
| | | | 07/19/2011 | 132192 | 07/19/11 RR lock 5th fl | 56800000 | 326.37 |
| Total Ck# 1682 | | | | | | | 627.19 |
| Ck# 1683 08/25/2011 | 104613 | Warman Security | 07/20/2011 | d001646 | 07/20/11 Program Intercom | 51340000 | 125.00 |
| Total Ck# 1683 | | | | | | | 125.00 |
| Ck# 1684 08/25/2011 | 111135 | CleanSource | 06/30/2011 | 145391800 | 06/30/11 Janitorial Supplies | 50260000 | 296.14 |
| Total Ck# 1684 | | | | | | | 296.14 |
| Ck# 1685 08/25/2011 | 111564 | Star Elevator, Inc. | 07/01/2011 | 152366 | 07/2011 Elevator Svc. | 50440000 | 381.62 |
| Total Ck# 1685 | | | | | | | 381.62 |
| Ck# 1686 08/25/2011 | 111828 | The Garza Company | 06/28/2011 | N06-377 | 06/28/11 Roof Leak Investigation | 56200000 | 45.00 |
| | | | 06/30/2011 | N06-404 | 07/05/11 Paint Touch-Ups-2nd Floor | 56200000 | 398.25 |
| Total Ck# 1686 | | | | | | | 443.25 |
| Ck# 1687 08/25/2011 | 112764 | Kitech Security Systems, Inc. | 07/01/2011 | S4440 | 07/01/11 Access Cards | 51340000 | 609.75 |
| Total Ck# 1687 | | | | | | | 609.75 |
| Ck# 1688 08/25/2011 | 113034 | Tiffany's Cleaning Services, Inc. | 06/28/2011 | 911 | July & Aug. 2011 Janitorial -5th Flr. | 50240000 | 700.00 |
| | | | 06/30/2011 | 912 | 06/30/11 Carpet Cleaning-2nd Floor | 50240000 | 375.00 |
| Total Ck# 1688 | | | | | | | 1,075.00 |
| Ck# 1689 08/25/2011 | 115997 | First Street Holdings, LLC | 08/04/2011 | 3220BC0611 | 06/2011 Bank Charges | 82250000 | 1,592.14 |
| Total Ck# 1689 | | | | | | | 1,592.14 |
| Ck# 1690 08/25/2011 | 189518 | Armeda Security | 07/04/2011 | 13315 | 06/2011 Security Patrol | 51340000 | 282.00 |
| Total Ck# 1690 | | | | | | | 282.00 |
| Ck# 1691 08/31/2011 | 103315 | Complete Security | 06/09/2011 | 131550 | 06/09/11 Re-Key #600 | 56800000 | 212.95 |
| | | | 06/20/2011 | 131655 | 06/09/11 Re-key 5th Fl | 56800000 | 293.76 |

Page 3

# Check Register
## 3220 - 78 First Street LLC
## 06/23/2011 - 09/23/2011

| Ck Number<br>Ck Date | Vendor<br>Number | Company | Invoice<br>Date | Invoice<br>Number | Remarks | Account | Amount |
|---|---|---|---|---|---|---|---|
| Total Ck# 1691 | | | | | | | 506.71 |
| Ck# 1692<br>09/13/2011 | 100862 | Charles Dunn R.E.S, Inc. Trust Acct | 08/31/2011 | Yardi0811C | 08/11 Monthly Access to Yardi | 84750000 | 25.00 |
| Total Ck# 1692 | | | | | | | 25.00 |
| Ck# 1693<br>09/13/2011 | 103236 | Pacific Gas & Electric | 08/08/2011 | 1S62617297S-08081<br>16763969868-08081<br>627876571S6-08081<br>93100317337-08081<br>9783576001-4-08081 | 07/09-08/09/11 Elec. A/C #1S62617297-5<br>07/09-08/09/11 Elec. A/C 31676396986-8<br>07/09-08/09/11 Elec. A/C #62787357 15-6<br>07/09-08/08/11 Elec. A/C #93130317337-8<br>07/09-08/08/11 Elec. A/C #97835760014 | 61180000<br>61180000<br>61180000<br>61180000<br>81180000 | 133.61<br>361.08<br>139.12<br>330.10<br>158.02 |
| Total Ck# 1693 | | | | | | | 1,121.93 |
| Ck# 1694<br>09/13/2011 | 103817 | SFPUC - Water | 08/04/2011 | 9050000000-080211 | 06/01-08/02/11 Water A/C #9050000000000 | 61420000 | 384.81 |
| Total Ck# 1694 | | | | | | | 384.81 |
| Ck# 1695<br>09/13/2011 | 104474 | UniShippers Association | 08/01/2011 | 1340269377-3220 | A/W #1Z8W5F77-1006811060 | 82700000 | 5.08 |
| Total Ck# 1695 | | | | | | | 5.08 |
| Ck# 1696<br>09/19/2011 | 100080 | Acker & Guerrero Roof Co, Inc. | 08/04/2011 | 6192 | 08/04/11 Re Seal Skylight/Patch Pockets | 57850000 | 2,580.00 |
| Total Ck# 1696 | | | | | | | 2,580.00 |
| Ck# 1697<br>09/19/2011 | 100385 | Arthur J. Gallacher & Co | 08/31/2011 | 3220INS0811 | 08/2011Commercial Insurance Downpvmt | 68100000 | 1,050.19 |
| Total Ck# 1697 | | | | | | | 1,050.19 |
| Ck# 1698<br>09/19/2011 | 100859 | Charles Dunn Real Estate Serv. Inc. (MF) | 08/31/2011 | 3220MF0811 | 08/2011 Management Fee | 64800000 | 1,531.54 |
| Total Ck# 1698 | | | | | | | 1,531.54 |
| Ck# 1699<br>09/19/2011 | 101435 | Dept Of Industrial Relations | 07/25/2011 | E936020OA | 7/21/11 Elevator Inspection/Permit | 64700000 | 350.00 |
| Total Ck# 1699 | | | | | | | 350.00 |
| Ck# 1700<br>09/19/2011 | 101923 | Recology Golden Gate | 07/26/2011 | 41324492 | 07/2011 Waste Removal | 51540000 | 718.17 |
| Total Ck# 1700 | | | | | | | 718.17 |
| Ck# 1701 | | | | | | | |

Case: 11-70224   Doc# 23   Filed: 10/21/11   Entered: 10/21/11 17:51:07   Page 28 of 46

# Check Register
## 3220 - 78 First Street LLC
### 06/23/2011 - 09/23/2011

| Ck Number / Ck Date | Vendor Number | Company | Invoice Date | Invoice Number | Remarks | Account | Amount |
|---|---|---|---|---|---|---|---|
| 09/19/2011 | | | | | | | |
| **Total Ck# 1701** | | | | | | | |
| Ck# 1702 09/19/2011 | 103227 | AT&T | 08/13/2011 | 4153481322-091211 | 08/13-09/12/11 Tel. A/C #4153481322981548 | 51370000 | 69.56 |
| | | | 08/04/2011 | 4155127759-090311 | 08/04-09/03/11 Tel. A/C #4155127759D587 | 51370000 | 39.62 |
| **Total Ck# 1702** | | | | | | | 109.18 |
| Ck# 1703 09/19/2011 | 103315 | Complete Security | 07/22/2011 | 132237 | 07/22/11 Key Copies-2nd Floor | 56800000 | 9.77 |
| **Total Ck# 1703** | | | | | | | 9.77 |
| Ck# 1704 09/19/2011 | 104613 | Warman Security | 08/18/2011 | d002474 | 8/18/11 Programmed Intercom-Moliva | 51340000 | 125.00 |
| **Total Ck# 1704** | | | | | | | 125.00 |
| Ck# 1705 09/19/2011 | 111135 | CleanSource | 07/29/2011 | 190595800 | 7/29/11 Janitorial Supplies | 502600000 | 223.45 |
| **Total Ck# 1705** | | | | | | | 223.45 |
| Ck# 1706 09/19/2011 | 111564 | Star Elevator, Inc. | 08/01/2011 | 153873 | 08/2011 Elevator Svc. | 50440000 | 381.62 |
| **Total Ck# 1706** | | | | | | | 381.62 |
| Ck# 1707 09/19/2011 | 111828 | The Garza Company | 07/15/2011 | N07-188 | 07/19/11 Replaced Lock-5th Floor | 56200000 | 67.50 |
| | | | | N07-189 | 08/01/11 Wal Repair/Fridge Hose-6th Flr. | 56200000 | 386.53 |
| **Total Ck# 1707** | | | | | | | 454.03 |
| Ck# 1708 09/19/2011 | 113034 | Tiffany's Cleaning Services, Inc. | 08/01/2011 | 916 | 09/2011 Janitorial Svcs. | 50240000 | 2,000.00 |
| **Total Ck# 1708** | | | | | | | 2,000.00 |
| Ck# 1709 09/19/2011 | 115997 | First Street Holdings, LLC | 08/30/2011 | 3220BC083011 | 07/2011 Bank Charges | 82250000 | 1,569.11 |
| **Total Ck# 1709** | | | | | | | 1,569.11 |
| Ck# 1710 09/19/2011 | 189518 | Armada Security | 08/05/2011 | 13444 | 07/2011 Security Patrol | 51340000 | 282.00 |
| **Total Ck# 1710** | | | | | | | 282.00 |
| Ck# 1710 09/19/2011 | 10028655 | ReTel Technologies,Solmentum& Captain U | 08/30/2011 | :Refund | Refunding D-1210616 Move out refund | 22150000 | 3,505.00 |
| **Total Ck# 1710** | | | | | | | 3,505.00 |

**Property Total** $46,559.82

Case: 11-70224   Doc# 23   Filed: 10/21/11   Entered: 10/21/11 17:51:07   Page 29 of 46

78 First Street, LLC
Case No. 11-70224 RLE 11

# ATTACHMENT
# STATEMENT OF FINANCIAL
# AFFAIRS

## 3c Payments to Insider Creditors

C305-78 First Street, LLC
Intercompany Payments
6/23/10 - 12/31/10

305-00-218105-00-309    I/C Pay - First St. Holdings

| Date | Description | Payments |
|------|-------------|---------:|
| 8/31/2010 | Monthly analysis charges | 3,157.36 |
| 9/30/2010 | Monthly analysis charges | 1,560.29 |
| 10/31/2010 | Monthly analysis charges | 1,577.93 |
| 12/31/2010 | Monthly analysis charges | 1,551.65 |
| | Total | 7,847.23 |

C305-78 First Street, LLC
Intercompany Payments
1/1/2011 - 9/23/11

305-00-218105-00-309     I/C Pay - First St. Holdings

| Date | Description | Payments |
|---|---|---|
| 2/28/2011 | Monthly analysis charges | 1,592.11 |
| 3/31/2011 | Monthly analysis charges | 1,563.03 |
| 4/30/2011 | Monthly analysis charges | 1,555.89 |
| 5/31/2011 | Monthly analysis charges | 1,558.21 |
| 6/30/2011 | Monthly analysis charges | 1,543.79 |
| 7/31/2011 | Monthly analysis charges | 1,558.58 |
| 8/31/2011 | Monthly analysis charges | 1,592.14 |
| 9/23/2011 | Monthly analysis charges | 1,569.11 |
| | Total | 12,532.86 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sixty-Two First Street, LLC, et al. vs Capital Source Finance LLC, et al. Case No. CGC-10-506442** | **Complaint re Breach of Contract, Fraud, Intentional Tort, Promissory Estoppel, Breach of Good Faith, Damages** | **San Francisco Superior Court 400 McAllister Avenue San Francisco, CA 94102** | **Pending Appeal 9th Circuit Court** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Macdonald & Associates**<br>**221 Sansome Street**<br>**San Francisco, CA 94104** | **78 First Street, LLC is one of the subsidiaries of First Street Holdings NV, LLC which has filed Chapter 11. First Street Holdings NV, LLC and Lydian SF Holdings, LLC (related entity) have paid a retainer on behalf of all subsidiaries.** | **$38,000 paid by First Street Holdings NV, LLC 8/30/11**<br>**$38,000 paid by Lydian SF Holdings, LLC 8/30/11**<br>**$24,000 paid by CMR Capital, LLC 9/28/11**<br>**$7,273 paid by CMR Capital, LLC 9/28/11 for filing fees** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None<br>■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None<br>■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

| None<br>■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None<br>■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

| None<br>☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **California Mortgage and Realty, Inc.**<br>**62 First Street, 4th Fl.**<br>**San Francisco, CA 94105** | **5/1/06 to Present** |

| None<br>■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None □  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **First Street Holdings NV, LLC**<br>**6114 La Salle Ave., #471**<br>**Oakland, CA 94611** | **Owner** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **October 21, 2011**          Signature   **/s/ Graham Seel**

**Graham Seel**
**Co-Manager of CMR Capital, LLC, Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re     **78 First Street, LLC**

                       Debtor

Case No.    **11-70224 RLE 11**

Chapter         **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Co-Manager of CMR Capital, LLC, Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **October 21, 2011** _____

Signature_ **/s/ Graham Seel** _____

                              **Graham Seel**
                              **Co-Manager of CMR Capital, LLC, Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **78 First Street, LLC**               Case No.   **11-70224 RLE 11**

Debtor(s)            Chapter   **11**

## CREDITOR MATRIX COVER SHEET

         I declare that the attached Creditor Mailing Matrix, consisting of  **6**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **October 21, 2011**

**/s/ Iain A. Macdonald**

Signature of Attorney
**Iain A. Macdonald 051073**
**Macdonald & Associates**
**221 Sansome St.**
**San Francisco, CA 94104**
**(415) 362-0449   Fax: (415) 394-5544**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

518 Mission Street, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611


88 First Street, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611


ABCO Mechanical
475 Barneveld Avenue
San Francisco, CA 94124


AECOM
2020 L. Street, Suite 300
Sacramento, CA 95811


Armada Security
701 Pennsylvania Avenue #108
San Francisco, CA 94107


Armanino and McKenna
12667 Alcosta Boulevard
Suite 500
San Ramon, CA 94583


AT&T
P.O. Box 5025
Carol Stream, IL 60197


Bank of America, NA
PO Box 15710
Wilmington, DE 19886

Barbary Coast Consulting
660 Market Street, 5th Floor
San Francisco, CA 94104


Breakwater Equity Group
4241 Jutland Drive, Suite 308
San Diego, CA 92117


CB Richard Ellis
101 California Street, 44th Floor
San Francisco, CA 94111


Charles Dunn Real Estate Services
555 Montgomery St., Suite 816
San Francisco, CA 94111


City of San Francisco
PO Box 7427
San Francisco, CA 94120-7427


CleanSource
650 Brennan St.
San Jose, CA 95131


CMR Asset Management, Inc.
62 First Street
San Francisco, CA 94105


CT Corp
1350 Treat Blvd.
Walnut Creek, CA 94597

Eastdil Secured Broker Services, Inc.
40 West, 57th Street
New York, NY 10019


ESA
225 Bush Street, Suite 1700
San Francisco, CA 94104


First Street Holdings NV, LLC
6114 La Salle Ave., #471
Oakland, CA 94611


First/Jessie, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611


Heller Manus Architects
221 Main Street, Suite 940
San Francisco, CA 94105-1923


JP Capital, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611


Law Offices of Willie J. Brown, Jr.
100 The Embarcadero Penthouse
San Francisco, CA 94105


Lewis & Taylor LLC
440 Bryant St.
San Francisco, CA 94107

Lydian SF Holdings, LLC
6114 La Salle Ave., #471
Oakland, CA 94611


MS Mission Holdings, LLC
555 California Street
San Francisco, CA 94104


MS Mission Holdings, LLC
c/o Lincoln Property Company
Commercial, Inc.
601 California Street, 4th Floor
San Francisco, CA 94108


Orrick, Herrington & Sutcliffe LLP
Dept. 34461, PO Box 39000
San Francisco, CA 94139


Pacific Gas and Electric Co.
P.O. Box 997300
Sacramento, CA 95899-7300


Page and Turnbull
724 Pine Street
San Francisco, CA 94108


Peninsula Towers, LLC
62 First Street, 4th Floor
San Francisco, CA 94105


Peninsula Towers, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611

RDWI
650 Woodlawn Road West
Guelph
Ontario, Canada  N1K 1B8


Recology Golden Gate
P.O. Box 60846
Los Angeles, CA 90060


Reuben & Junius, LLP
1 Bush Street, Suite 600
San Francisco, CA 94104


Rosen Consulting
1955 University Avenue
Suite 550
Berkeley, CA 94704


See Attached Rent Roll


Sixty-Two First Street, LLC
62 First Street, 4th Floor
San Francisco, CA 94105


Sixty-Two First Street, LLC
6114 La Salle Avenue, #471
Oakland, CA 94611


Solit Interest Group
15 La Cuesta Road
Orinda, CA 94563

Star Elevator
1300 Industrial Road, #4
San Carlos, CA 94070


Stein & Lubin, LLP
600 Montgomery St., 14th Floor
San Francisco, CA 94111


The CAC Group, Inc.
255 California Street #200
San Francisco, CA 94111


The Garza Company
1842 Bandoni Avenue
San Lorenzo, CA 94580


Treadwell and Rollo
555 Montgomery Street
Suite 1300
San Francisco, CA 94111


Warman Security
1720 Sacramento St.
San Francisco, CA 94109